IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                     CASE NO. 5:09cv301/RS-EMT

**REAL PROPERTY LOCATED AT
3600 SW 19TH AVE, UNIT 12, GAINESVILLE,
FLORIDA,**

    **Defendant.**
_____/

## ORDER

The United States shall file a status report on this case not later than June 21, 2010. The report shall address whether a final order of forfeiture should be entered. If a final order of forfeiture is appropriate, the United States shall also submit a proposed final order.

**ORDERED** on June 7, 2010.

                                              **/s/ Richard Smoak**
                                              **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**