# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

vs.                                          Civil No. 5:09cv301-RS/EMT

**REAL PROPERTY LOCATED AT
3600 SW 19TH AVE., UNIT 12,
GAINESVILLE, FLORIDA, WITH
ALL IMPROVEMENTS AND
APPURTENANCES THEREON**

_____/

## DECREE OF FORFEITURE

Before me is the Government's Motion for Decree of Forfeiture (Doc. 15 ). I find as follows:

1. On September 3, 2009, a Verified Complaint of Forfeiture In Rem against the defendant property, 3600 SW 19th Avenue, Unit 12, Gainesville, Florida, with all improvements and appurtenances thereon, was filed on behalf of the United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 18 U.S.C. § 981(a)(1).

2. That a Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning October 22, 2009 pursuant to Rule G (a)(4)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

3. The facts set out in the Declaration (Doc. 15-1) filed by the United States demonstrate sufficient grounds for forfeiture of the real property.

**IT IS ORDERED:**

1. The right, title, and interest to the property located at 3600 SW 19th Avenue, Unit 12, Gainesville, Florida, more specifically described as:

**Unit No. 12-A, Foxmoor Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 1558, Page 40, Public Records of Alachua County, Florida**,

with all improvements and appurtenances thereon, is condemned, forfeited, and vested in the United States of America, and no right, title, or interest in the property shall exist in any other party.

2. The defendant property shall be disposed of according to the law.

**ORDERED** on June 14, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**